```
                                              FILED
                                           19 FEB 28 PM 3:19
                                           CLERK, U.S. DISTRICT COURT
                                        SOUTHERN DISTRICT OF CALIFORNIA

                                        BY:        aw        DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2019 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. **19 CR 0735 AJB** |
| Plaintiff, | I N D I C T M E N T |
| v. | Title 8, U.S.C., |
| EDUVIGES AYALA-BELLO (1), WALTER GERMAN VELEZ-GONZALEZ (2), LILIANA CATALINA FERNANDEZ-FERNANDEZ (3), | Sec. 1325 - Unlawful Entry by an Alien (Misdemeanor) |
| Defendants. | |

The grand jury charges:

Count 1

On or about February 9, 2019, within the Southern District of California, defendant EDUVIGES AYALA-BELLO, an alien, did knowingly elude examination and inspection by Immigration Officers; in violation of Title 8, United States Code, Section 1325(a)(2), a misdemeanor.

//
//
//
//

CPH:cms:San Diego:2/27/19

## Count 2

On or about February 9, 2019, within the Southern District of California, defendant WALTER GERMAN VELEZ-GONZALEZ, an alien did knowingly elude examination and inspection by Immigration Officers; in violation of Title 8, United States Code, Section 1325(a)(2), a misdemeanor.

## Count 3

On or about February 9, 2019, within the Southern District of California, defendant LILIANA CATALINA FERNANDEZ-FERNANDEZ, an alien did knowingly elude examination and inspection by Immigration Officers; in violation of Title 8, United States Code, Section 1325(a)(2), a misdemeanor.

DATED: February 28, 2019.

A TRUE BILL:

_____
Foreperson

ROBERT S. BREWER, JR.
United States Attorney

By: _____
CAROLINE P. HAN
Assistant U.S. Attorney